DAYLE ELIESON
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar No. 10233
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
phillip.smith@usdoj.gov

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:18-cr-009-APG-GWF** |
| Plaintiff, ) | |
| v. ) | |
| JEREMY BRIAN KELLY, ) | |
| Defendant. ) | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, Assistant Federal Public Defender, counsel for Defendant JEREMY BRIAN KELLY, that the date for the Government to file a response to the Defendant's Motion to Suppress Evidence (docket #28) be extended for two weeks.

This stipulation is entered for the following reasons:

1. The Defendant's Motion was filed and served on October 29, 2018. *See* Docket #28. The Government's response deadline is on or before November 13, 2018.

2. Undersigned counsel for the Government needs additional time to research the applicable law and file a response.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the Government adequate time to file a response, taking into account due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation filed herein to continue the Government's response deadline.

DATED: November 13, 2018.

/s/
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Counsel for the United States

/s/
RAQUEL LAZO
Assistant Federal Public Defender
Counsel for Defendant JEREMY BRIAN KELLY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:18-cr-009-APG-GWF** |
| Plaintiff, ) | |
| v. ) | |
| JEREMY BRIAN KELLY, ) | |
| Defendant. ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion was filed and served on October 29, 2018. *See* Docket #28. The Government's response deadline is on or before November 13, 2018.

2. Undersigned counsel for the Government needs additional time to research the applicable law and file a response.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the Government adequate time to file a response, taking into account due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation filed herein to continue the Government's response deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Government's response deadline.

## **CONCLUSIONS OF LAW**

The additional time requested herein is not sought for purposes of delay, but merely to allow the Government adequate time to file a response, taking into account due diligence. The failure to grant said continuance would likely result in a miscarriage of justice.

## **ORDER**

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress is extended until __November 27_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE